# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| In the Matter of the Complaint of<br><br>SAM BARGING, INC.,<br><br>Plaintiff,<br><br>For Exoneration from, or Limitation of, Liability | 3:09-cv-00252-TMB-JDR<br><br>**ORDER ACCEPTING BOND FOR SECURITY**<br><br>(Docket No. 3) |

A notice and motion having been filed in this Court by SAM BARGING, INC. ("Plaintiff") on December 15, 2009, as owner and operator of the vessel KAKTOVIK II and the related barge, seeking the Courts acceptance of a bond for $255,000 deposited in conjunction with the Plaintiff's Complaint for Exoneration from, or Limitation of, Liability for any and all claims for injuries in any way associated with the August 26, 2007 voyage of the vessel KAKTOVIK II and the barge described in said Complaint.

It appearing from Plaintiff's Complaint, based on Plaintiff's representations regarding the amount of the owner's interest, that the value of the KAKTOVIK II and the related barge, at the end of the voyage on August 26, 2007 did not exceed $255,000, this Court finds that the subject Bond is equal to the amount or value of the plaintiff's interest in the KAKTOVIK II and the barge at the termination of the voyage described in said Complaint.

Upon the motion of the plaintiff, IT IS HEREBY ORDERED that this Court

accept the plaintiff's deposit of Bond for $225,000 in security and hold it for the duration of this matter. The Plaintiff shall submit the original bond to the Clerk's Office for the District of Alaska for safekeeping.

IT IS FURTHER ORDERED that Plaintiff shall also give $1,000 as security for costs pursuant to Supplemental Rule F(1) of the Federal Rules of Civil Procedure and Rule (f)-1 of the Local Admiralty Rules for the United States District Court, District of Alaska.

DATED this __10th__ day of March, 2010, at Anchorage, Alaska.

  /s/ John D. Roberts
JOHN D. ROBERTS
United States Magistrate Judge